JPML FORM 1A

DOCKET ENTRIES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 570 -- In re Eli Lilly & Company "Oraflex" Products Liability Litigation

| Date | Pleading | Description |
|---|---|---|
| 83/10/07 | 1 | MOTION -- plaintiffs Frederick Domanski and Emilie Domanski -- Suggested transferee district: Eastern District of Michigan -- w/cert. of svc. (jsj) |
| 83/10/14 | | Amended Schedule of Actions -- Attached to Pleading No. 1 -- plaintiffs Frederick Domanski and Emilie Domanski -- w/cert. of service (cds) |
| 83/10/17 | | APPEARANCES: Thomas H. Bleakley for Frederick Domanski, Larry See, Velma Phillips, Janet Kapala, Dortha M. Wolf, Alice LeRoy and John H. Schafer for Eli Lilly & Co. (emh) |
| 83/10/24 | 2 | RESPONSE/NOTICE OF POTENTIAL TAG-ALONG ACTIONS -- filed by Eli Lilly & Co. w/cert. of svc. -- Appendix list 25 actions. (ds) |
| 83/10/27 | 3 | REQUEST FOR EXTENSION OF TIME -- filed by Robert R. Smiley, III, Esq. for Petitioners Hart, Pettaway, Borom, Bradley, Maier, Taylor, Ray and Kelley w/cert. of svc. -- No Extension Necessary -- Not a Party to Litigation (ds) |
| 83/12/01 | 4 | AMENDMENT TO MOTION -- adding A-7 thru A-29 to transfer to E.D.Michigan pursuant to 28 U.S.C. §1407 -- Notified all counsel on PASL and on Amendment. -(emh)- filed by movants Domanski, et al. (emh) |
| 83/12/07 | | AMENDED CERT. OF SERVICE (to pldg. 2) -- Eli Lilly & Co. (emh) |
| 83/12/09 | | APPEARANCES -- Marianna Brown Bettman for Maxine & Edward Hart; WAYNE W. POMEROY for Adele & Leonard Hellman; EDWARD H. KELLOGG for Louis B. Bradley; CAROLYN HAMMETT for Ralph S. Whalen; FRANCIS J. MORAN for Robert D. Maier; THOMAS J. FOLEY, JR. for Louis N. Domiano; MICHAEL P. VALOIS for Chong Ho Kim, et al.; GEORGE O. BENTON for Eli Lilly & Co. (emh) |
| 83/12/15 | 5 | REQUEST FOR EXTENSION OF TIME -- filed by Thomas J. Foley, Jr. for pltfs. Lewis N. Domiano, et al. -- No Extension Necessary. (ds) |
| 83/12/16 | 6 | RESPONSE/MEMORANDUM -- Charlene Lastra -- w/cert. of svc. (emh) |
| 83/12/16 | 7 | RESPONSE -- Jimmie Nell Rodgers, et al. -- w/cert. of svc. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/12/19 | | HEARING ORDER -- Setting motion of plaintiffs Frederick and Emilie Domanski, for transfer of actions to the E.D. Mich, for Panel hearing on January 26, 1984, in Atlanta, Georgia. (ds) |
| 83/12/19 | 8 | RESPONSE -- Chong Ho Kim -- w/cert. of service (cds) |
| 83/12/19 | 9 | AMENDMENT TO MOTION (amending APPENDIX A) -- Adding A-30 Maxine Hart, et al. v. Eli Lilly & Co., S.D. Ohio, C.A. No. C-1-83-1765 to motion -- w/cert. of service (cds) |
| 83/12/19 | 10 | RESPONSE -- Roselyn Espey -- w/cert. of service (cds) |
| 83/12/20 | | APPEARANCE -- STEPHEN D. HENINGER, ESQ. for Glenda Nelms, A-9; HENRY V. SUTTON, ESQ. for Jimmie Nell Rodgers (A-26) D. D. MADDOX, ESQ. for Roselyn Espey A-25 ROGER STERN, ESQ. for Charlene Lastra, A-12 AL PENNINGTON, ESQ. for Austin Pettaway (A-10 (rew) |
| 83/12/23 | 11 | REPLY -- Plaintiff Domanskis -- w/cert. of svc. (jsj) |
| 83/12/27 | | AMENDED CERT. OF SERVICE (to pldg. 2) -- Eli Lilly & Co. (emh) |
| 83/12/29 | 12 | LETTER (Re: A-15) -- pltf. Borom -- w/svc. (emh) |
| 83/12/30 | | APPEARANCES: Roger C. Stern for Charlene Lastra; Dan E. West for Polozola, et al.; E. Ray Large for Donnelly, et al.; Dennis A. Drazin for Fertitta, et al. (emH) |
| 84/01/03 | 13 | REPLY (to Eli Lilly's Response) -- Henry Self, et al. -- w/cert. of service (cds) |
| 84/01/03 | 14 | REPLY (to Eli Lilly's Response) -- Glenda Nelms, etc. -- w/cert. of service (cds) |
| 84/01/09 | 15 | REPLY -- pltfs. Audria Barker, et al. w/cert. of svc. (ds) |
| 84/01/10 | 16 | RESPONSE -- plaintiff Lewis N. Domiano w/cert. of svc. (ds) |
| 84/01/12 | 17 | RESPONSE -- Pltf. Buchanan, et al. -- w/cert. of svc. (emh) |
| 84/01/13 | 18 | REPLY -- pltf. Doris E. Scales, et al. w/cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 570 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/01/17 | 19 | RESPONSE -- pltfs. Polozola, et al. w/cert. of svc. (ds) |
| 84/01/23 | | HEARING APPEARANCES: THOMAS BLEAKLEY, ESQ. for Maxine and Edward Hart; EDWARD H. KELLOGG, JR., ESQ. for Roselyn Espey; Louie D. Bradley; Audria and Charles Barker; JOHN H. SCHAFER, ESQ. for Eli Lilly and Co.; HENRY V. SUTTON, ESQ. for Jimmie Nell Rodgers, et al.; DAN EDWARD WEST, ESQ. for Carolyn Lucita Polozola, et al.; STEPHEN D. HENINGER, ESQ. for Glenda Nelms, et al. and Henry Self, et al.; MICHAEL P. VALOIS, ESQ. for Chong Ho Kim, et al.; DEL PERCILLA, JR., ESQ. for Angela Marlene Buchanan, et al. (cds) |
| 84/01/23 | | WAIVERS OF ORAL ARGUMENT -- Roderick P. Donnelly, et al.; Austin Pettaway, Lottie Seltzer; Adele Hellman, et al.; Doris Scales, et al.; Charlene Lastra; Theodore R. Crumby, et al. (cds) |
| 84/01/23 | 20 | RESPONSE -- Robert D. Maier, et al. w/cert. of svc. (ds) |
| 84/01/23 | 21 | RESPONSE -- Louie D. Bradley w/cert. of svc. (ds) |
| 84/01/24 | 22 | REPLY (to Eli Lilly's response) -- Theodore Crumby, Jr., et al. -- w/cert. of service (cds) |
| 84/01/27 | | WAIVER OF ORAL ARGUMENT -- Rose Butler (ds) |
| 84/02/02 | | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407. (emh) |
| 84/02/02 | 23 | SECOND NOTICE OF POTENTIAL TAG-ALONG ACTIONS (8 actions) -- Eli Lilly & Co. -- w/cert. of service (complaints not requested - motion denied) cds |
| 84/02/06 | 24 | RESPONSE -- Potential plaintiff Edmund St. Strul -- w/cert. of service (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 570 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ELI LILLY & COMPANY "ORAFLEX" PRODUCTS LIABILITY LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/26/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/2/84 | MO (Denied) | 578 F.Supp. 422 | | | |

Special Transferee Information

DATE CLOSED: 2/2/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 570 -- IN RE ELI LILLY & COMPANY "ORAFLEX" PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Frederick Domanski, et al. v. Eli Lilly & Company | E.D.Mich Churchill | 83CV0499DT | | | | |
| A-2 | Larry See, et al. v. Eli Lilly & Company | E.D.Mich Thornton | 83CV4223DT | | | | |
| A-3 | Velma Phillips v. Eli Lilly & Company | E.D.Mich Cohn | 83CV1686 | | | | |
| A-4 | Janet Kapala v. Eli Lilly & Company | E.D.Mich Newblatt | 83CU8356FL | | | | |
| A-5 | Dortha M. Wolf, et al. v. Eli Lilly & Company | W.D.Mich Gibson | 82-399-CA4 | | | | |
| A-6 | Alyce LeRoy, et al. v. Eli Lilly & Company | E.D.Mich Harvey | 83CV7320BC | | | | |
| A-7 | Audria Barker, et al. v. Eli Lilly & Company | M.D.Ala Hobbs | 83H-0610-S | | | | |
| A-8 | Roderick P. Donnelly, et al. v. Eli Lilly & Company | N.D.Ala Hancock | CV-83-1517S | | | | |
| A-9 | Glenda Nelms, etc. v. Eli Lilly & Company | N.D.Ala Propst | CV-83-PT-0891S | | | | |
| A-10 | Lottie Seltzer v. Eli Lilly & Company | S.D.Ala Cox | 83-0335 | | | | |
| A-11 | Austin Pettaway v. Eli Lilly & Company | S.D.Ala Cox | 82-0818-C | | | | |

DOCKET NO. 570 -- 

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Charlene Lastra v. Eli Lilly & Company | C.D.Cal. Rafeedie | 83-1668 | | | | |
| A-13 | Adele Hellman, et al. v. Eli Lilly & Company | S.D.Fla. Roettger | 82-6614 | | | | |
| A-14 | Angela M. Buchanan, et al. v. Eli Lilly & Company | M.D.Ga. Owens | 83-0002 | | | | |
| A-15 | Clarence Borom v. Eli Lilly & Company | M.D.Ga. Elliott | 83-0038-COL | | | | |
| A-16 | Sara Ray v. Eli Lilly & Company | M.D.Ga. Elliott | 83-0023-ALB | | | | |
| A-17 | Louis B. Bradley v. Eli Lilly & Company | N.D.Ga. Vining | C-83-1349-A | | | | |
| A-18 | Carolyn Hammet v. Eli Lilly & Company | E.D.La. Arceneaux | 83-2645 | | | | |
| A-19 | Hazel B. Pizani, et al. v. Eli Lilly & Company | E.D.La. Cassibry | 83-2551 | | | | |
| A-20 | Carolina L. Polozola, et al. v. Eli Lilly & Company | M.D.La. Parker | 83-751A | | | | |
| A-21 | Mary Fertitta, et al. v. Eli Lilly & Company | D.N.J. Thompson | 83-1414 | | | | |
| A-22 | Rose Butler v. Eli Lilly & Company | E.D.Pa. Katz | 83-2915 | | | | |

DOCKET NO. 570 --  _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-23 | Robert Maier v. Eli Lilly & Company | E.D.Pa. Katz | 83-2605 | | | | |
| A-24 | Louis N. Domiano, et al. v. Eli Lilly & Company | M.D.Pa. Nealon | CV-82-0982 | | | | |
| A-25 | Roselyn Espey v. Eli Lilly & Company | W.D.Tenn. McRae | 82-1184 | | | | |
| A-26 | Jimmie N. Rodgers, et al. v. Eli Lilly & Company | W.D.Tenn. Gibbons | 83-2491-GA | | | | |
| A-27 | Theodore Crumby, Jr., et al. v. Eli Lilly & Company | S.D.Tex. Gibson | G-82-525 | | | | |
| A-28 | Doris E. Scales, et al. v. Eli Lilly & Company | E.D.Tex. Parker | 83-0073-CA | | | | Settled |
| A-29 | Chong Ho Kim, et al. v. Eli Lilly & Company | E.D.Va. Bryan | 83-0695-A | | | | |
| A-30 | Maxine Hart, et al. v. Eli Lilly & Co. | S.D.Ohio Rubin | C-1-83-1765 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 570 -- In re Eli Lilly & Co. "Oraflex" Products Liability Litigation

---

FREDERICK DOMANSKI, ET AL. (A-1)
LARRY SEE, ET AL. (A-2)
VELMA PHILLIPS (A-3)
JANET KAPALA (A-4)
DORTHA M. WOLF, ET AL. (A-5)
ALICE LeROY, ET AL. (A-6)
Thomas H. Bleakley, Esquire
1220 Ford Building
Detroit, Michigan 48226

AUDRIA BARKER, ET AL. (A-7)
Rufus R. Smith, Jr., Esq.
Farmer, Price, Espy & Smith
P.O. Drawer 2228
Dothan, Alabama 36302

RODERICK P. DONNELLY, ET AL. (A-8)
E. Ray Large, Esquire
1407 City Federal Building
Birmingham, Alabama 35203

GLENDA NELMS, ETC. (A-9)
Stephen D. Heninger, Esq.
Hare, Wynn, Newell & Newton
700 City Federal Building
Birmingham, Alabama 35203

LOTTIE SELTZER (A-10)
AUSTIN PETTAWAY (A-11)
Al Pennington, Esquire
Pennington, McCleave & Patterson
602 Church Street
Mobile, Alabama 36602

CHARLENE LASTRA (A-12)
Roger Stern, Esquire
Kahn, Stern, Blaney & Kittrell
5959 W. Century Blvd., Ste 100
Los Angeles, California 90045

ADELE HELLMAN, ET AL. (A-13)
Wayne W. Pomeroy, Esq.
P.O. Box 11981
Fort Lauderdale, Florida 33339-1981

ANGELA M. BUCHANAN, ET AL. (A-14)
Del Percilla, Jr., Esq.
Malone & Percilla
P.O. Box 88
Albany, Georgia 31702

CLARENCE BOROM (A-15)
Max R. McGlamry, Esq.
Page, Scrantom, Harris, McGlamry
  & Chapman
P.O. Box 1199
Columbus, Georgia 31994

SARA RAY (A-16)
Del Percilla, Jr., Esq.
(same counsel as A-14)

LOUIS B. BRADLEY (A-17)
Edward H. Kellogg, Jr., Esq.
Pope, Hermann & Kellogg
Suite 1850
1800 Century Boulevard
Atlanta, Georgia 30345

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __570__ -- _____

| | |
|---|---|
| CAROLYN HAMMETT (A-18)<br>Ralph S. Whalen, Jr., Esq.<br>Oestreicher, Whalen & Hackett<br>307 Exchange Alley<br>New Orleans, Louisiana  70130 | ROSELYN ESPEY (A-25)<br>D.D. Madox, Esq.<br>Maddox, Ivey & Parish<br>P.O. Box 430<br>Huntington, Tennessee  38344 |
| HAZEL B. PIZANI, ET AL. (A-19)<br>Edmond J. Harris, Esq.<br>Heisler & Wysocki<br>1410 F.N.B.C. Building<br>New Orleans, Louisiana  70112 | JIMMIE N. RODGERS, ET AL. (A-26)<br>Henry V. Sutton, Esq.<br>100 N. Main Building<br>Suite 2904<br>Memphis, Tennessee  38103 |
| CAROLINA L. POLOZOLA, ET AL. (A-20)<br>Dan E. West, Esq.<br>Bell, Faller & West<br>668 South Foster Drive<br>Baton Rouge, Louisiana  70806   app'v'd | THEODORE CRUMBY, JR., ET AL. (A-27)<br>Alton C. Todd, Esq.<br>Brown, Todd, Hagood & Davenport<br>1st National Bank Building<br>1600 East Highway 6<br>Suite 418<br>Alvin, Texas  77511 |
| MARY FERTITTA, ET AL. (A-21)<br>Dennis A. Drazin, Esq.<br>Drazin & Warshaw<br>25 Reckless Place<br>Red Bank, New Jersey  07701   app'v'd | DORIS E. SCALES, ET AL. (A-28)<br>Brent Howard, Esq.<br>Richard Grainger, Esq.<br>Grainger & Patterson<br>P.O. Box 491<br>Tyler, Texas  75710 |
| ROSE BUTLER (A-22)<br>Richard W. Rogers, Esq.<br>619 DeKalb Street<br>Norristown, Pennsylvania  19401 | CHONG HO KIM, ET AL. (A-29)<br>Michael P. Valois, Esq.<br>309 Mill Street<br>Occoquan, Virginia  22125 |
| ROBERT MAIER (A-23)<br>Francis J. Moran, Esq.<br>512 Lewis Tower Building<br>15th & Locust Streets<br>Philadelphia, Pennsylvania  19102 | ELI LILLY & COMPANY<br>John H. Schafer, Esq.<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20044 |
| LEWIS N. DOMIANO, ET AL. (A-24)<br>Thomas J. Foley, Jr., Esq.<br>Suite 803-810 Connell Building<br>P.O. Box 510<br>Scranton, Pennsylvania  18501 | MAXINE HART, ET AL. (A-30)<br>Marianna Brown Bettman, Esquire<br>Bettman & Donenfeld<br>310 Central Trust Tower<br>Cincinnati, Ohio 45202 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 570 -- In re Eli Lilly & Company "Oraflex" Products Liability Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Eli Lilly & Company | A-1,2,3,4,5,6, 7 thru 29 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |