JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -2 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 570

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ELI LILLY & COMPANY "ORAFLEX" PRODUCTS LIABILITY LITIGATION

BEFORE ANDREW A. CAFFREY, CHAIRMAN, ROBERT H. SCHNACKE, FRED
DAUGHERTY, SAM C. POINTER, JR.,* S. HUGH DILLIN, MILTON POLLACK,* AND
LOUIS H. POLLAK, JUDGES OF THE PANEL

ORDER DENYING TRANSFER

PER CURIAM

Presently before the Panel is a motion, pursuant to 28 U.S.C.
§1407, filed by plaintiffs in one action pending in the Eastern
District of Michigan in this docket, to centralize in the Southern
District of Ohio for coordinated or consolidated pretrial proceedings
the 27 actions[1] listed on the attached Schedule A.

On the basis of the papers filed and the hearing held, we find
that Section 1407 transfer would neither serve the convenience of the
parties and witnesses nor further the just and efficient conduct of
the litigation. Although we recognize that the actions in this
litigation involve some common questions of fact, we are not persuaded
that these common questions of fact will, in the future course of this
litigation, predominate over individual questions of fact present in
each action. We note that 1) plaintiffs in actions that are concluded
or well advanced have conducted extensive discovery of defendant Eli
Lilly and Company (Lilly) in areas of common factual inquiry; and 2)
at oral argument in this matter, counsel for Lilly stated his
willingness to make this common discovery applicable in those actions
that are not far advanced, in order to eliminate the possibility of
duplicative discovery in this litigation. We further note that one
related action has already been tried in the Middle District of
Georgia, another action has been settled in the Eastern District of
Virginia, and several other actions have been scheduled for trial
within the next six months. Under these circumstances, we cannot

---

* Judge Milton Pollack recused himself and took no part in the
decision of this matter. In addition, Judge Sam C. Pointer, Jr. took
no part in the decision of this matter.

[1] The motion, as amended, seeks centralization of 30 actions. The
schedule of actions, however, included one action -- Lottie Seltzer v.
Eli Lilly & Company, S.D. Alabama, C.A. No. 83-0335 -- that was
dismissed on October 31, 1983. Another action included on the
schedule -- Clarence Borom v. Eli Lilly & Company, M.D. Georgia, C.A.
No. 83-0038-COL -- was tried in November, 1983, resulting in a verdict
and judgment for plaintiff. A third action included on the schedule
-- Chong Ho Kim, et al. v. Eli Lilly & Company, E.D. Virginia, C.A.
No. 83-0695-A -- has been settled. Thus the Section 1407 motion, as
amended, encompasses a total of 27 actions presently in pretrial in
federal district courts.

-2-

conclude that centralization of the actions in this litigation under Section 1407 will further the purposes of the statute. See In re Asbestos and Asbestos Insulation Material Products Liability Litigation, 431 F. Supp. 906, 910 (J.P.M.L. 1977).

IT IS THEREFORE ORDERED that the motion for transfer, pursuant to 28 U.S.C. §1407, be, and the same hereby is, DENIED.

MDL-570 -- In re Eli Lilly & Company "Oraflex" Products Liability
       Litigation


        Middle District of Alabama

Audria Barker, et al. v. Eli Lilly & Company, C.A. No. 83H-0610-S


      Northern District of Alabama

Roderick P. Donnelly, et al. v. Eli Lilly & Company, C.A. No.
     CV-83-1517S
Glenda Nelms, etc. v. Eli Lilly & Company,
     C.A. No. CV-83-PT-0891S


       Southern District of Alabama

Austin Pettaway v. Eli Lilly & Company,
     C.A. No. 82-0818-C


       Central District of California

Charlene Lastra v. Eli Lilly & Company,
     C.A. No. 83-1668


       Southern District of Florida

Adele Hellman, et al. v. Eli Lilly & Company,
     C.A. No. 82-6614


      Middle District of Georgia

Angela M. Buchanan, et al. v. Eli Lilly & Company,
     C.A. No. 83-0002
Sara Ray v. Eli Lilly & Company,
     C.A. No. 83-0023-ALB


      Northern District of Georgia

Louis B. Bradley v. Eli Lilly & Company,
     C.A. No. C-83-1349-A


      Eastern District of Louisiana

Carolyn Hammet v. Eli Lilly & Company,
     C.A. No. 83-2645
Hazel B. Pizani, et al. v. Eli Lilly & Company,
     C.A. No. 83-2551


       Middle District of Louisiana

Carolina L. Polozola, et al. v. Eli Lilly & Company,
     C.A. No. 83-751A

District of New Jersey

Mary Fertitta, et. al. v. Eli Lilly & Company,
C.A. No. 83-1414

Southern District of Ohio

Maxine Hart, et al. v. Eli Lilly & Co.,
C.A. No. C-1-83-1765

Eastern District of Pennsylvania

Rose Butler v. Eli Lilly & Company,
C.A. No. 83-2915
Robert Maier v. Eli Lilly & Company,
C.A. No. 83-2605

Middle District of Pennsylania

Louis N. Domiano, et al. v. Eli Lilly & Company,
C.A. No. CV-82-0982

Western District of Tennessee

Roselyn Espey v. Eli Lilly & Company,
C.A. No. 82-1184
Jimmie N. Rodgers, et al. v. Eli Lilly & Company,
C.A. No. 83-2491-GA

Southern District of Texas

Theodore Crumby, Jr., et al. v. Eli Lilly & Company,
C.A. No. G-82-525

Eastern District of Texas

Doris E. Scales, et al. v. Eli Lilly & Company,
C.A. No. 83-0073-CA

Western District of Michigan

Dortha M. Wolf, et al. v. Eli Lilly & Company,
C.A. No. 82-399-CA4

Eastern District of Michigan

Frederick Domanski, et al. v. Eli Lilly & Company,
C.A. No. 83CV0499DT
Larry See, et al. v. Eli Lilly & Company,
C.A. No. 83CV4223DT
Velma Phillips v. Eli Lilly & Company,
C.A. No. 83CV1686
Janet Kapala v. Eli Lilly & Company,
C.A. No. 83CV8356FL
Alyce LePoy, et al. v. Eli Lilly & Company,
C.A. No. 83CV7320B